SCPW-14-0000743

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FAUSTINO TRANSFIGURACION, Petitioner,

vs.

HAWAI'I PAROLING AUTHORITY, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 09-1-00126K)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Ayabe, assigned by reason of vacancy)

Upon consideration of petitioner Faustino Transfiguracion's letter dated March 25, 2014, which was filed as a petition for a writ of habeas corpus on April 4, 2014, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek relief and presents no special reason for this court to invoke its jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of habeas corpus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of habeas corpus is denied.

DATED: Honolulu, Hawaiʻi, April 17, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Bert I. Ayabe

